UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

| | | |
|---|---|---|
| OCTAVE MUSIC PUBLISHING CORP., et al., | ) ) ) | |
| Plaintiff, | ) ) | C07-34 JPD |
| vs. | ) ) | |
| GIUSEPPE'S ITALIAN RESTAURANT, INC., et al., | ) ) ) | MINUTE ORDER RESETTING DEADLINES |
| Defendant. | ) ) | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 4 ). The request is GRANTED.

The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 15, 2007

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 22, 2007

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 2, 2007

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to April 2, 2007. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2). The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than April 2, 2007, to consent or decline, deputy clerk Peter H. Voelker

1 | may be notified at (206) 370-8422, or by fax at (206) 370-8425. An individual party's decision
2 | on consent is not to be filed electronically or forwarded in any form to the chambers of Judge
3 | Donohue.

                                    Dated this 15th of February, 2007

                                    Bruce Rifkin, Clerk of Court

                                    /s/ PETER H. VOELKER
                                    Peter H. Voelker, Deputy Clerk